USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

February 18, 2020

By ECF

The Honorable Robert J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

> IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on March 26, 2020, is adjourned to Tuesday, May 19, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by May 5, 2020, and the government shall file its sentencing submission by May 12, 2020.
>
> SO ORDERED.
> Dated: 2/18/20
> RICHARD J. SULLIVAN
> U.S.D.J.

Re: United States v. Burgess, et al.
Case No. 18 Cr. 373 (RJS)

Dear Judge Sullivan:

Devontae Newton's sentencing is currently scheduled for March 26, 2020. We made multiple requests to adjourn Mr. Newton's sentence to permit him to complete his GED (which he has done) and a six-month, substance-abuse program at the MCC called "Non-residential Drug Abuse Program." The Court adjourned Mr. Newton's sentence to accommodate his participation in both programs.

Mr. Newton informed me that he is now participating in a program to obtain his Commercial Drivers' License ("CLD"), which he expects concludes by mid-May. In addition, I am starting a federal trial in the District of New Jersey before the Honorable Claire Cecchi, U.S.D.J., on March 2, 2020, which is expected to last six to eight weeks. Although, Judge Cecchi intends to sit four days a week, I do not yet know the trial schedule.

Accordingly, Mr. Newton requests an adjournment of his sentencing until mid-May. The Government consents.

Respectfully,
/s/ *Stephen Turano*
Stephen Turano

cc: All Counsel of Record for the Government (via email)