

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2022

**BY ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge (Sitting by Designation)
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>United States v. Ernest Murphy</u>, S3 18 Cr. 373 (RJS)

Dear Judge Sullivan:

    The Government respectfully submits this letter to seek the Court's authorization with respect to the filing of Government's opposition to the defendant's Rule 33 motion, due on March 16, 2022.

    The Government requests permission: (1) to file a legal memorandum of no more than 35 pages, (2) to file four exhibits that may exceed 15 pages, among other exhibits, and (3) to send certain electronic exhibits directly to the Court (copying defense counsel).  As the Court is aware, the defendant filed a 39-page memorandum with numerous exhibits, which the Court authorized post-filing.  (Doc. No. 916).  The Government requests a page limit extension to respond adequately to the motion.  The electronic exhibits the Government expects to attach are the codefendant post-arrest recordings referenced in the motion.  The potentially oversized exhibits are transcripts of those recordings.  The defense consents.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney

              By:    /s/ Jun Xiang
                  Matthew Hellman / Elinor Tarlow / Jun Xiang
                  Assistant United States Attorneys
                  (212) 637-2278 / -1036 / -2289

**CC (ECF)**
All Counsel of Record

```
The government's request to file an oversized brief
and oversized exhibits is GRANTED.  IT IS FURTHER
ORDERED THAT the government may file certain
electronic exhibits directly with the Court.

SO ORDERED:                     _____
Date:  March 11, 2022              Richard J. Sullivan
                                U.S.C.J., Sitting by Designation
```