

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2022

**BY ECF**
The Honorable Richard J. Sullivan
United States Circuit Judge (Sitting by Designation)
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>United States v. Ernest Murphy</u>, S3 18 Cr. 373 (RJS)

Dear Judge Sullivan:

    Pursuant to the Court's Individual Practices, the Government respectfully requests leave to file a short letter, of no more than three single-spaced pages, in response to the defense's reply brief. The Government does not intend to file a full sur-reply. The Government seeks only to address the defense's new accusation that the Government's brief itself contains "outright lies" and attempts to "mislead the Court." (Rep. 1, 4.) That new accusation of misconduct warrants a response.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                             By:    /s/
                                Matthew Hellman / Elinor Tarlow / Jun Xiang
                                Assistant United States Attorneys
                                (212) 637-2278 / -1036 / -2289

**CC (ECF)**
All Counsel of Record

---

The government's request to respond to Murphy's allegation that it has made willfully false statements to the Court is hereby GRANTED. The government shall make its submission by Friday, April 8, 2022.

SO ORDERED:
Dated: April 4, 2022                      RICHARD J. SULLIVAN
                                      U.S.C.J., Sitting by Designation