UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Ernest Murphy,

                Defendant.

No. 18-cr-373-11 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

In order to accommodate FCI McKean's remote proceedings schedule, IT IS HEREBY ORDERED THAT the status conference in this matter, which is currently scheduled for Thursday, August 18, 2022, will instead take place on Friday, August 19, 2022 at 12:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Defendant Murphy will appear remotely via ZoomGov videoconference.

SO ORDERED.

Dated:      August 17, 2022
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation