UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ERNEST MURPHY,<br><br>Defendant. | No. 18-cr-373-11 (RJS) |
| ERNEST MURPHY,<br><br>Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 23-cv-1937 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from the government requesting an extension of the stay of Mr. Murphy's 28 U.S.C. § 2255 motion. *See* No. 18-cr-373-11, Doc. No. 1052. The request is granted. IT IS HEREBY ORDERED that the government shall submit a letter apprising the Court as to the status of Mr. Murphy's appeal and the continuing need for a stay by September 20, 2024 or within 48 hours of the resolution of the appeal, whichever comes first.

The Clerk of Court is respectfully directed to terminate the motion at No. 18-cr-373-11, Doc. No. 1052, and mail a copy of this order to Mr. Murphy.

SO ORDERED.

Dated:      June 20, 2024
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation