UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ERNEST MURPHY,<br><br>      Defendant. | No. 18-cr-373-11 (RJS) |
| ERNEST MURPHY,<br><br>      Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 23-cv-1937 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of a letter from Mr. Murphy requesting an extension of the stay of his 28 U.S.C. § 2255 proceedings. *See* No. 18-cr-373-11, Doc. No. 1061. The request is granted. IT IS HEREBY ORDERED that the government shall submit a letter apprising the Court as to the status of Mr. Murphy's appeal of this Court's denial of his motion for a new trial (Doc. No. 968) – including his petition for rehearing and, if applicable, his petition for a writ of certiorari – by October 20, 2024 or within 48 hours of the resolution of his petition(s), whichever comes first.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Murphy.

SO ORDERED.

Dated:    September 11, 2024
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2