UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ERNEST MURPHY,

Defendant.

No. 18-cr-373 (RJS)

ERNEST MURPHY,

Petitioner,

-v-

UNITED STATES OF AMERICA,

Respondent.

No. 23-cv-1937 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On August 21, 2026, the Court received the attached letter, postmarked August 15, 2026, from Tyquan Robinson in support of Petitioner Ernest Murphy's 28 U.S.C. § 2255 motion to vacate his sentence. The letter purports to be an affidavit but is unnotarized. IT IS HEREBY ORDERED THAT, if either party wishes to respond to the unnotarized affidavit, it shall file a letter of no more than five double-spaced pages by September 21, 2026. The Clerk of Court is respectfully directed to docket the attached affidavit.

SO ORDERED.

Dated: August 25, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation