JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF USAO CASE NO. 2017R01204

18 MISC 427

**SEALED ORDER**

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Karin Portlock, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the below-referenced records maintained by the Offices of the District Attorneys for Kings County, New York County, Bronx County, Queens County, the Office of the Corporation Counsel of the New York City Law Department, and the New York City Police Department,

IT IS HEREBY ORDERED that all records of the Offices of the District Attorneys for Kings County, New York County, Bronx County, Queens County, the Office of the Corporation Counsel of the New York City Law Department, and the New York City Police Department, as well as all minutes of grand jury proceedings, relating to any arrest of TYSHAWN BURGESS (NYSID: [redacted] DOB: [redacted], LLOYD GORDON (NYSID: [redacted] DOB: [redacted]

[redacted], LARRY BAYER (NYSID: [redacted] DOB: [redacted], KERRY FELIX (NYSID: [redacted] DOB: [redacted], DEVONTAE NEWTON (NYSID: [redacted] DOB: [redacted], [redacted]), TYRELL SUMPTER (NYSID: [redacted] DOB: [redacted], MAURICE CURTIS (NYSID: [redacted] DOB: [redacted]), TYQUAN ROBINSON (NYSID: [redacted] DOB: [redacted], TYREEK OGARRO (NYSID: [redacted] DOB [redacted], DARREN MILLER (NYSID [redacted] DOB: [redacted] [redacted], ERNEST MURPHY, RAMAL CURTIS, KELLY ROYSTER (NYSID: [redacted] DOB: [redacted] [redacted], [redacted], ROBERT RHODES (NYSID: [redacted] DOB: [redacted], and KAEMAR WILSON (NYSID [redacted] DOB [redacted] (collectively, the "Defendants"), be unsealed to permit the United States Attorney's Office to review the contents of the testimony and records;

IT IS FURTHER ORDERED that, with the exception of a copy of this Order being provided to the New York City Police Department, the Offices of the District Attorneys for Kings County, New York County, Bronx County, Queens County, the Office of the Corporation Counsel of the New York City Law Department,, and the clerk of the court for files and testimony subject to this Order, this Order and the Affirmation and Application in support thereof are to be sealed pending further order of this Court.

Dated: New York, New York
September 11, 2018

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF USAO CASE NO. 2017R01204

**SEALED ORDER**

(FILED UNDER SEAL)

Geoffrey S. Berman
United States Attorney.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

IN THE MATTER OF USAO CASE NO. 2017R01204

- - - - - - - - - - - - - - - - x

**SEALED AFFIRMATION AND APPLICATION**

KARIN PORTLOCK, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the office of GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York. I am a federal prosecutor in charge of the federal investigation and prosecution of TYSHAWN BURGESS (NYSID: [redacted] DOB: [redacted]), LLOYD GORDON (NYSID: [redacted] DOB: [redacted] [redacted]), LARRY BAYER (NYSID: [redacted] DOB: [redacted]), KERRY FELIX (NYSID: [redacted] DOB: 08/16/1994), DEVONTAE NEWTON (NYSID: [redacted] DOB: [redacted], 02/24/1996), TYRELL SUMPTER (NYSID: [redacted] DOB: [redacted]), MAURICE CURTIS (NYSID: [redacted] DOB: [redacted], TYQUAN ROBINSON (NYSID: [redacted] DOB: [redacted]), TYREEK OGARRO (NYSID: [redacted] DOB [redacted]), DARREN MILLER (NYSID [redacted] DOB: [redacted], [redacted], ERNEST MURPHY, RAMAL CURTIS, KELLY ROYSTER (NYSID: [redacted] DOB: [redacted], [redacted]), ROBERT RHODES (NYSID: [redacted] DOB:

[redacted]), and KAEMAR WILSON (NYSID [redacted] DOB [redacted]), (collectively, the "Defendants"). I make this Affirmation and Application pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal records in the possession of the Offices of the District Attorneys for Kings County, New York County, Bronx County, Queens County, and the Office of the Corporation Counsel of the New York City Law Department, including any minutes of grand jury proceedings, and the New York City Police Department ("NYPD"), including any records relating to any arrest of the Defendants.

2. The files maintained by the Offices of the District Attorneys for Kings County, New York County, Bronx County, Queens County, the Office of the Corporation Counsel of the New York City Law Department, and the NYPD are believed to contain information relevant to an ongoing federal prosecution of the defendants for narcotics conspiracy and firearm possession in furtherance of narcotics conspiracy in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 924(c).

3. I have been informed that the Offices of the District Attorneys for Kings County, New York County, Bronx County, Queens County, the Office of the Corporation Counsel of the New York City Law Department, and the NYPD will not disclose certain files, including any grand jury testimony and any sealed arrest

records, without a court order.

4. Accordingly, the Government respectfully requests that the Court issue an order directing the unsealing of the files in the possession of the NYPD, the Offices of the District Attorneys for Kings County, New York County, Bronx County, Queens County, and the Office of the Corporation Counsel of the New York City Law Department, and the grand jury testimony relating to any arrest of the Defendants, solely for the purpose of providing that information to the Government in connection with the federal case against the Defendants. This request is being made, *inter alia*, so that the United States Attorney's Office, pursuant to its obligations under the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as *Brady* v. *Maryland*, 373 U.S. 83 (1963), *Giglio* v. *United States*, 405 U.S. 150 (1972), and their progeny, can produce any appropriate statements or evidence in this prosecution and comply with its obligations.

5. In light of the limited nature of this application and the fact that this application pertains to grand jury testimony and sealed case files of the NYPD and the Office of the District Attorneys for Kings County, New York County, Bronx County, Queens County, and the Office of the Corporation Counsel of the New York City Law Department, it is requested that this

Affidavit and Application be sealed pending further order of this Court.

WHEREFORE, it is respectfully requested that this application be granted.

KARIN PORTLOCK
Assistant United States Attorney
(212) 637-1589

Dated: New York, New York
September 11, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF USAO CASE NO. 2017R01204

SEALED AFFIRMATION AND APPLICATION

(FILED UNDER SEAL)

Geoffrey S. Berman
United States Attorney.